**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 7, 2012

Lyle W. Cayce
Clerk

No. 12-30217
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

HOWARD RONALD GUILLORY, SR.,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:06-CR-20098-2

Before HIGGINBOTHAM, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Howard Guillory, Sr.,
federal prisoner # 13405-035, has moved for leave to withdraw and has filed a
brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United
States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Guillory has not filed a response.
We have reviewed counsel's brief and the relevant portions of the record
reflected therein. We concur with counsel's assessment that the appeal presents
no nonfrivolous issue for appellate review. Accordingly, counsel's motion for

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 12-30217

leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.